**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eliseo Cruz OSORIO, Defendant–Appellant.**

**No. 09–10245.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Darin Lahood, Esquire, Robert Lawrence Ellman, Esquire, Assistants U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Rene Valladares, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Eliseo Cruz Osorio appeals from the 11–month sentence imposed following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Osorio contends that his sentence is substantively unreasonable in light of his individual circumstances, including the facts that he reentered the United States due to economic necessity and that his criminal record predates his supervised release violation. The record reflects that, under the totality of the circumstances, Osorio's sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.